JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MANUEL CARMONA, individually, and on behalf of all others similarly situated,

*Plaintiff,*

v.

LGS STAFFING, an unknown entity; NEWELL BRANDS DISTRIBUTION LLC, a limited liability company; NEWELL BRANDS INC. a corporation; and DOES 1 through 10, inclusive,

*Defendants*.

Case No. 5:26-cv-05849-KK-ACCV

[*Assigned to Hon. Kenly Kiya Kato*]

**ORDER GRANTING JOINT STIPULATION TO REMAND**

The Court having considered the Parties' Joint Stipulation to Remand and the pertinent facts outlined above, makes the following Order:

**IT IS ORDERED** that the Parties' Joint Stipulation to Remand is GRANTED. The matter will be remanded to the San Bernardino County Superior Court on the basis that the Parties have met and conferred and jointly request that the Action be remanded to the San Bernardino County Superior Court.

As such, the Action is remanded to the San Bernardino County Superior Court forthwith.

**IT IS SO ORDERED.**

DATE: November 2, 2026

Honorable Kenly Kiya Kato
United States District Court Judge